**1429  WILHELM ET AL. vs. FAGAN (Supervisor, Holly), No. 11753, 90 M., 6.**

To compel respondent to sign a warrant for the purchase of a town hall site, in the absence of a valid, binding contract between relator and the township.

After answer filed the petition was amended, issues were framed and sent to the Oakland circuit for trial, and after trial had, errors were assigned.

Writ denied January 22, 1892, with costs.

**1430  GOODMAN vs. O'CONNOR (Supervisor et al., Vernon), No. 12099½.**

To compel respondents to draw an order upon the township treasurer for the payment of one of certain bonds issued by said township "for public improvements."

Order to show cause denied July 1, 1891.

**1431  GREEN vs. MICHIGAN SOUTHERN RAILWAY CO., 3 M., 496.**

To compel respondent to cause to be appraised and paid the damages of the relator, on account of constructing, using and occupying its road upon and across relator's land.

Denied 1855.

The lands were taken and appropriated for the use of the Michigan Southern R. R. Co. in the year 1838, and in 1846 all the right, title and interest of the State in the railroad was transferred to the Michigan Southern R. R. Co.